UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LYON, | Case No.  2:25-cv-00667-DC-CSK (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| KEATON DENLAY, | |
| Defendant. | (ECF No. 31) |

On April 6, 2026, the magistrate judge filed findings and recommendations (ECF No. 31), which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 31.)  No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 31) are ADOPTED;

2.      Defendant's motion to dismiss (ECF No. 18) is GRANTED with leave to amend;

3.      Plaintiff is granted thirty (30) days from the date of this order to file a First Amended Complaint consistent with the Court's order;

1

4.    Plaintiff is cautioned that failure to timely file an amended complaint will result in a recommendation that this action be dismissed; and

5.    This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **May 4, 2026**

_____
Dena Coggins
United States District Judge

2