UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LYON,

Plaintiff,

v.

KEATON DENLAY,

Defendant.

Case No. 2:25-cv-00667-DC-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 34, 39)

On September 4, 2026, the magistrate judge filed findings and recommendations (ECF No. 39), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 39.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 39) are ADOPTED;

2. Defendant's motion to dismiss (ECF No. 34) is GRANTED;

3. Plaintiff's First Amended Complaint (ECF No. 33) is DISMISSED with leave to amend; and

4. Plaintiff shall file an amended complaint that complies with the instructions in the findings and recommendations within thirty days of the date of entry of this order; and

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dena Coggins
United States District Judge